## SHERMAN V. LEVERET ET AL.

ACTION declaring that the defendants, on the 2d of October, A. D. 1786, made a written contract and bargain with the plaintiff, which is in the words following, viz. October 2d, A. D. 1786, agreed that David Leveret, Jr. and Co. give Peter Sherman £170 lawful money for his store, land and barn, in Washington; half to be paid next spring, in cash, when Sherman is to quit said store, and half the spring after, in good neat, salable cattle, with interest after next spring until paid. Peter Sherman, David Levert, Jr. and Co.— and the plaintiff says, that by said store, land and barn, mentioned in said writing, was meant the store then occupied by the plaintiff, and a small tract of land on which it stood and lay continguous to it, and a small barn standing thereon: and the plaintiff says that the defendants entered upon said land sometime in April, A. D. 1787, in pursuance of said written bargain and agreement, and improved the same, and the plaintiff quitted said store upon the request of the defendants, pursuant to said agreement, and fulfilled everything on his part to complete and carry the same into execution; but the defendants have wholly neglected to fulfill said bargain and contract on their part, and have never made said payments, promised in said agreement, although often requested — Damage £200, dated 15th November, A. D. 1788.

Plea — Not guilty. Issue to the court — Judgment that the defendants are not guilty.